# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MARCUS KEITH**                                                                                                **PLAINTIFF**

**VS.**                                                    **NO:3:10CV0315**

**UNION PACIFIC RAILROAD**                                                                **DEFENDANT**

## ORDER

Pending is the Plaintiff's motion to dismiss with prejudice. (Docket #11). For good cause shown, the motion is GRANTED. Plaintiff's complaint is hereby dismissed with prejudice. The case will be removed from the trial docket the week of March 12, 2012. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED this 27th day of June, 2011.

*James M. Moody*
James M. Moody
United States District Judge